**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jermaine Jordan,<br><br>vs.<br><br>Arizona Department of Corrections, Charles Ryan, CO III Moore, and CO II Morgan,<br><br>Defendants. | No. CV 10-1538-PHX-ROS (LOA)<br><br>**ORDER** |

This matter arises upon Defendant Morgan's Motion to Strike. (Doc. 19) Defendant Morgan moves to strike Plaintiff's Objection/Response to Defendant's Answer. (Doc. 16)

Federal Rule of Civil Procedure Rule 7 lists proper pleadings. A reply to an answer is permitted only if ordered by the Court. Fed. R. Civ. P. 7(a)(7) The Court has not ordered a response to the Answer in this case. As such, Plaintiff's reply is an improper pleading, and the Court will grant Defendant's Motion to Strike.

Accordingly,

**IT IS ORDERED GRANTING** Defendant's Motion to Strike, doc. 19, and directing the Clerk of Court to strike Plaintiff's Objection/Response to Defendant's Answer, doc. 16.

DATED this 27th day of June, 2011.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge